UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H. TRADING COMPANY, a Chinese Corporation | CASE NO.: 2:14-cv-9594-JAK (VBKx) |
| Plaintiff, | **JUDGMENT** |
| vs. | **JS-6** |
| NICOLISH, INC., a California Corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

    The motion for summary judgment brought by Plaintiff, L.H. TRADING COMPANY ("Plaintiff"), with respect to the First Cause of Action against Defendant, NICOLISH, INC. ("Defendant"), having been granted, and the prior stay of this matter having been lifted,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover $173,960.08 from Defendant, as well as $52,691.09 in prejudgment interest for a total of $226,651.17. Plaintiff is further awarded any interest accrued

from the date of entry of this judgment until it is satisfied. Plaintiff may seek costs and/or postjudgment interest through the filing of the appropriate application in accordance with Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

Dated: August 29, 2017

_____
Hon. John A. Kronstadt
United States District Judge